BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America



FILED
SEP 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>AHMED PERVEZ AARIANPUR,<br><br>   Defendant. | CASE NO. 2:14-cr-0251 MCE<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to Seal Indictment, and this Order, in the above-referenced case, except for copies used by law enforcement in the extradition process, shall be sealed until further order of the Court.

Dated: 9/11/2014

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge